TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03814

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Cicogni<br>       Debtors.<br>_____<br>Chase Auto Finance<br>       Movant,<br>  vs.<br><br>James Cicogni, Debtors; Maureen Gaughan, Trustee.<br><br>       Respondents. | No. 2:09-bk-28574-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #20)<br><br>Hearing Date: March 23, 2010 |

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated , and recorded in the office of the Maricopa County Recorder wherein Chase Auto Finance is the current beneficiary and James Cicogni have an interest in, further described as:

Vehicle Description: 2003 FORD F250 Super Duty-V8 Crew Cab Lariat 4WD

VIN: 1FTNW21P03EB65095

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE